RALPH W. ROBINSON (State Bar No. 51436)
CHRISTINE STARKIE (State Bar No. 226354)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
APPLICA CONSUMER PRODUCTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLICA CONSUMER PRODUCTS, INC.,<br>and DOES 1 to 25 inclusive,<br><br>        Defendants. | Case No.:  2:06-CV-00036-WBS-PAN (JFM)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF PARTIES TO EXTEND TIME FOR PRODUCTION OF TANGIBLE OBJECTS [FRCP 29; LR 6-144, 83-143]**<br><br>Action Filed On: November 8, 2005 |

The Stipulation of the Parties to extend time for the production of tangible objects was submitted to this court pursuant to FRCP 29 and Local Rules 83-143 and 6-144.

GOOD CAUSE APPEARING, it is herein ORDERED that the December 11, 2006 deadline for non expert discovery is extended to allow the production and inspection of tangible objects on December 14, 2006, or by the end of December 2006, if rescheduling is necessary.

IT IS SO ORDERED.

DATED:  November 17, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
DECLARATION

250158.1

PDF created with pdfFactory trial version www.pdffactory.com